IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:14-CR-64-MTT |
| | : |
| v. | : VIOLATION: 21 U.S.C. § 841(a)(1) |
| | : 21 U.S.C. § 841(b)(1)(C) |
| LEROY CHAPPELL | : 18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

## COUNT ONE
## POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

That on or about July 10, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

**LEROY CHAPPELL,**

aided and abetted by others known and unknown to the Grand Jury, did unlawfully and knowingly possess with the intent to distribute a Schedule II controlled substance, to-wit: cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TWO
## POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

That on or about July 10, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

**LEROY CHAPPELL,**

aided and abetted by others unknown to the Grand Jury, did unlawfully and knowingly possess with the intent to distribute a Schedule II controlled substance,

to-wit: a mixture and substance containing cocaine base, also known as crack cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE
## POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

That on or about July 10, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

**LEROY CHAPPELL,**

aided and abetted by others unknown to the Grand Jury, did unlawfully, intentionally and knowingly possess with the intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL.

s/ _____
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* 14th *day of* October *A.D.* 2014

Deputy Clerk